# EXHIBIT C

4732858.1



# mga research corporation

## SEATS INCORPORATED
## WALL MOUNTED SEAT
## FMVSS 202A DIMENSIONAL MEASUREMENTS
## (PO#289976)

### TEST REPORT

| | |
|---|---|
| **MGA REPORT NO.:** | C21Q9-004.5 |
| **TEST(S) PERFORMED ON:** | February 22, 2021 |
| **TEST REFERENCE NUMBER(S):** | Q21128 |
| **PROCEDURE NUMBER:** | MGATP_202a_HPT<br>Last Revision Date: March 23, 2016 |
| **TEST LABORATORY:** | MGA Research Corporation<br>820 Suburban Park Drive<br>Greer, SC 29651 |
| **SUBMITTED TO:** | Brent McCarthy<br>Seats Incorporated<br>1515 Industrial Street<br>Reedsburg, WI 53959 |
| **REPORT DATE:** | March 11, 2021 |
| **MGA PERSONNEL:** | |

Josh Corneroli
Project Leader

Test Personnel
David Maier

\*   The results presented in this report relate only to the specified test items.
\*\* This report shall not be reproduced except in full, without the written approval of the laboratory.

820 suburban park dr. ● greer, sc. 29651
864 / 848-3088 ● fax 864 / 848-9480
www.mgaresearch.com

| MGA Report No.: C21Q9-004.5 | Customer: Seats Incorporated | Page 2 of 29 |
|---|---|---|
| Test Type: Dimensionals | Program:  Wall Mounted Seat | |

## Test Specification
Sample was tested per FMVSS 4.2.1-.3 and 4.2.4.1-.2 with no deviations from the specification.

## Equipment
The following instrumentation was used to perform this test.  All equipment and data have been calibrated by a source traceable to the National Institute of Standards and Technology (NIST).  Calibration certificates can be furnished upon request.

| Sensor ID Number | Data Type | Calibration Date | Calibration Due Date |
|---|---|---|---|
| 128 | J826 Oscar | 10/08/2020 | 10/08/2021 |
| TPM007 | Tape Measure | 09/25/2020 | 09/25/2021 |
| SC00232 | Digital Inclinometer | 07/31/2020 | 07/31/2021 |
| SC00233 | CMM | 10/02/2020 | 10/02/2021 |
| SC00104 | Digital Calipers | 08/17/2020 | 08/17/2021 |
| SC00123 | Force Gauge | 07/30/2020 | 07/30/2021 |

## Procedure/Method
The fixturing of the sample consisted of attaching the sample to the fixture and then bolting the fixture to a T-slot plate. MGA's SAE J826 H-Point manikin was used to perform all measurements.

## Test Results
Photographs can be found in Appendix B. All data is traceable to the National Institute of Standards and technology (NIST).

| Test No. | Sample Desc. | Sample ID No. | Measured H-Point | | Torso Angle [Deg] |
|---|---|---|---|---|---|
| | | | X [mm] (forward ref.) | Z [mm] (above ref.) | |
| Q21128 | Wall Mounted Seat | #1 | 147.5 | 159.3 | 6.0° |

*Note:  Measurements are relative to left-hand seat bottom cushion pivot

| Test No. | Sample Desc. | Sample ID No. | S4.2.1- Average Height [mm] (FMVSS Req't.≥ 800 in at least one position) | S4.2.3- Backset [mm] (FMVSS Req't < 55) |
|---|---|---|---|---|
| Q21128 | Wall Mounted Seat | #1 | 846 | 58.3 |

*Note:  Backset only applies if headrest height is between 750-800 mm

| Test No. | Sample Desc. | Sample ID No. | S4.2.2- H/R Width [mm] (FMVSS Req't.≥ 170) | S4.2.4- Gaps-(Sphere) [mm] (FMVSS Req't.<60) | | |
|---|---|---|---|---|---|---|
| | | | | I/B | Center | O/B |
| | | | | G1 | G2 | G3 |
| Q21128 | Wall Mounted Seat | #1 | 345 | NA | NA | NA |

*Note:  Sample Met requirements for FMVSS 202a Dimensional Measurements

| MGA Report No.: C21Q9-004.5 | Customer: Seats Incorporated | Page 3 of 29 |
|---|---|---|
| Test Type: Dimensionals | Program:  Wall Mounted Seat | |

Additional HR Measurements

| Test No. | Sample Desc. | Sample ID No. | Knee Angle [deg] | | | | | | Foot Angle [deg] | | | | | | Hip Angle [deg] | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | LH | | | RH | | | LH | | | RH | | | | | |
| | | | D1 | D2 | D3 | D1 | D2 | D3 | D1 | D2 | D3 | D1 | D2 | D3 | D1 | D2 | D3 |
| Q21128 | Wall Mounted Seat | #1 | 107 | 106 | 105 | 107 | 105 | 105 | 114 | 115 | 115 | 114 | 113 | 115 | 90 | 90 | 90 |

**Additional test documentation can be found in the following appendices.**

Appendix A  Customer Test Request and Related Documents..........................................................Page 4

Appendix B  Test Data and Photographs...............................................................................Page 5

| MGA Report No.: C21Q9-004.5 | Customer: Seats Incorporated | Page 4 of 29 |
|---|---|---|
| Test Type: Dimensionals | Program:  Wall Mounted Seat | |

**Appendix A**
**Customer Test Request and Related Documents**

The distance from the top of the seat cushion to the floor structure on the left side of the seat is 15.14″. The right foot side is 26.21″.



MGA Report No.: C21Q9-004.5          Customer: Seats Incorporated          Page 5 of 29
Test Type: Dimensionals             Program:  Wall Mounted Seat

**Appendix B**
**Test Data and Photographs**



Q21128 Setup Photograph No.1



Q21128 Setup Photograph No.2

| MGA Report No.: C21Q9-004.5 | Customer: Seats Incorporated | Page 6 of 29 |
| Test Type: Dimensionals | Program:  Wall Mounted Seat | |



Q21128 Setup Photograph No.3



Q21128 Setup Photograph No.4

MGA Report No.: C21Q9-004.5   Customer: Seats Incorporated   Page 7 of 29
Test Type: Dimensionals   Program:  Wall Mounted Seat



Q21128 Setup Photograph No.5



Q21128 Setup Photograph No.6

MGA Report No.: C21Q9-004.5
Test Type: Dimensionals

Customer: Seats Incorporated
Program:  Wall Mounted Seat

Page 8 of 29



Q21128 Setup Photograph No.7



Q21128 Setup Photograph No.8

| MGA Report No.: C21Q9-004.5 | Customer: Seats Incorporated | Page 9 of 29 |
|---|---|---|
| Test Type: Dimensionals | Program:  Wall Mounted Seat | |



Q21128 Setup Photograph No.9

02/22/2021
SEATS INCORPORATED
WALL MOUNTED SEAT
FMVSS 202A DIMENSIONAL
PO#289976     SAMPLE #1
DROP #1
Q21128     C21Q9-004.5

Q21128 Test Photograph No.1

MGA Report No.: C21Q9-004.5          Customer: Seats Incorporated          Page 10 of 29
Test Type: Dimensionals              Program:  Wall Mounted Seat



Q21128 Test Photograph No.2



Q21128 Test Photograph No.3



Q21128 Test Photograph No.4



Q21128 Test Photograph No.5



Q21128 Test Photograph No.6



Q21128 Test Photograph No.7



Q21128 Test Photograph No.8



Q21128 Test Photograph No.9

MGA Report No.: C21Q9-004.5      Customer: Seats Incorporated      Page 14 of 29
Test Type: Dimensionals      Program:  Wall Mounted Seat



Q21128 Test Photograph No.10



Q21128 Test Photograph No.11

MGA Report No.: C21Q9-004.5
Test Type: Dimensionals

Customer: Seats Incorporated
Program:  Wall Mounted Seat

Page 15 of 29





Q21128 Test Photograph No.12



Q21128 Test Photograph No.13



Q21128 Test Photograph No.14

02/22/2021
SEATS INCORPORATED
WALL MOUNTED SEAT
FMVSS 202A DIMENSIONAL
PO#289976   SAMPLE #1
DROP #2
Q21128   C21Q9-004.5

Q21128 Test Photograph No.15

MGA Report No.: C21Q9-004.5
Test Type: Dimensionals
Customer: Seats Incorporated
Program:  Wall Mounted Seat
Page 17 of 29



Q21128 Test Photograph No.16



Q21128 Test Photograph No.17



Q21128 Test Photograph No.18



Q21128 Test Photograph No.19

MGA Report No.: C21Q9-004.5
Test Type: Dimensionals

Customer: Seats Incorporated
Program:  Wall Mounted Seat

Page 19 of 29



Q21128 Test Photograph No.20



Q21128 Test Photograph No.21



Q21128 Test Photograph No.22



Q21128 Test Photograph No.23



Q21128 Test Photograph No.24



Q21128 Test Photograph No.25

| MGA Report No.: C21Q9-004.5 | Customer: Seats Incorporated | Page 22 of 29 |
|---|---|---|
| Test Type: Dimensionals | Program: Wall Mounted Seat | |



Q21128 Test Photograph No.26



Q21128 Test Photograph No.27



Q21128 Test Photograph No.28

Q21128 Test Photograph No.29

MGA Report No.: C21Q9-004.5     Customer: Seats Incorporated     Page 24 of 29
Test Type: Dimensionals     Program:  Wall Mounted Seat



Q21128 Test Photograph No.30



Q21128 Test Photograph No.31



Q21128 Test Photograph No.32



Q21128 Test Photograph No.33

MGA Report No.: C21Q9-004.5      Customer: Seats Incorporated          Page 26 of 29
Test Type: Dimensionals          Program:  Wall Mounted Seat



Q21128 Test Photograph No.34



Q21128 Test Photograph No.35

MGA Report No.: C21Q9-004.5
Test Type: Dimensionals

Customer: Seats Incorporated
Program:  Wall Mounted Seat

Page 27 of 29



Q21128 Test Photograph No.36



Q21128 Test Photograph No.37



Q21128 Test Photograph No.38



Q21128 Test Photograph No.39

MGA Report No.: C21Q9-004.5
Test Type: Dimensionals

Customer: Seats Incorporated
Program:  Wall Mounted Seat

Page 29 of 29



Q21128 Test Photograph No.40



Q21128 Test Photograph No.41